1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiffs, Regina Reidi and Lorenzo Reidi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-0469 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| REGINA REIDI AND LORENZO REIDI,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, **REGINA REIDI And LORENZO REIDI** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

-1-

and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009　　ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
　　MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Regina Reidi and Lorenzo Reidi

DATED: Oct. 22, 2009　　DLA PIPER LLP (US)

By: /s/
　　Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-